UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Johnny Gray,
    Plaintiff,

vs.

Menard Inc, et al.,
    Defendants.

Case No. 1:17cv654
Dlott, J.
Litkovitz, M.J.

### ORDER RELEASING PRO BONO REPRESENTATION

On October 31, 2018, pro se plaintiff Johnny Gray signed an "Agreement to Limited Appointment of Attorney for Mediation Assistance." The court appointed Attorney Thaddeus Hoffmeister to represent the plaintiff in the above-captioned action solely for the limited purpose of assisting the plaintiff with mediation. Attorney Thaddeus Hoffmeister was not obligated to conduct any discovery, to prepare or respond to any motions or to participate in the trial of this case. Upon the conclusion of the mediation, his representation of plaintiff Johnny Gray would end. The court was advised by United States Magistrate Judge Stephanie K. Bowman that the mediation has ended.

**NOW, THEREFORE, IT IS ORDERED** that Attorney Thaddeus Hoffmeister be and hereby is **released** from his pro bono representation of pro se plaintiff Johnny Gray in this matter.

**IT IS SO ORDERED.**

Date: 8/20/19

Karen L. Litkovitz
United States Magistrate Judge